IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-40512
Conference Calendar
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

ANTHONY RUDOLPH SCHUTTEN,

                                        Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 1:96-CR-79-1
- - - - - - - - - -
February 11, 1998
Before SMITH, EMILIO M. GARZA, and DeMOSS, Circuit Judges.

PER CURIAM:[*]

     Court-appointed counsel for Anthony Rudolph Schutten has

filed a brief as required by Anders v. California, 386 U.S. 738

(1967).  Our independent review of the brief and record discloses

no nonfrivolous issue.  Accordingly, counsel is excused from

further responsibilities herein, and the APPEAL IS DISMISSED.

See 5th Cir. R. 42.2.

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.